# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Petition of Burton R. Adams | : No. 863 C.D. 2016 |
| and Joanne M. Adams, his wife | : |
| | : |
| Appeal of: William Dittmar and | : |
| James M. Corl | : |

## PER CURIAM

### O R D E R

AND NOW, this 22nd day of September, 2017, the Court's opinion in the above-captioned matter, filed September 21, 2017, is amended as follows: Page 1, line 1 of the Dissenting Opinion shall reflect the correct name of Petitioner Joanne Adams.

In all other respects, the opinion shall remain in effect.